ROBERT B. ANDERSON, Appellant-Respondent, v. ONEIDA NATIONAL BANK AND TRUST COMPANY OF UTICA, as Ancillary Committee of WALKER E. EDWARDS, an Incompetent Person, Respondent-Appellant.— Order affirmed, without costs

of these appeals to either party. All concur. (Cross appeals from an order denying motions under rule 113 of the Rules of Civil Practice by plaintiff and by defendant for summary judgment in an action to recover fees for legal services.) Present — McCurn, P. J., Kimball, Piper, Wheeler and Van Duser, JJ.